[No. 1778]

JULIA FOSTER, EXECUTRIX, APPELLANT *v*. DAVID T.
    JONES, AND MRS. DAVID T. JONES (HIS WIFE),
    RESPONDENTS.

1. APPEAL AND ERROR — DISMISSAL — GROUNDS — LACK OF CONTRO-
    VERSY.
        An appeal will be dismissed upon proof by affidavit that
    there is no longer a controversy for determination.

APPEAL from the Second Judicial District Court, Washoe
County; *John S. Orr*, Judge.

Action by Julia B. Foster, executrix of A. J. Foster,
deceased, against David T. Jones and others. From an
order sustaining a demurrer and a judgment dismissing
the cause, plaintiff appeals. On motion to dismiss appeal.
**Appeal dismissed.**

*John E. de Golia, Fred B. Hart*, and *Oscar J. Smith*,
for Appellant.

*Charles Lewers* and *H. W. Huskey*, for Respondents.

By the Court, SWEENEY, C. J.:

This is an appeal from an order of the Second judicial
district court of the State of Nevada in and for Washoe
County from a certain judgment entered in that court
in favor of the respondents dismissing this cause, for
the reason that the plaintiff refused to amend after a
demurrer had been sustained.

Upon an appeal from said order being perfected to
this court, a motion to dismiss said appeal was inter-
posed by the attorneys for respondents upon the ground
that the appeal had not been prosecuted with due or any
diligence upon the part of said appellant, and upon the
further ground that no controversy now remains to be
determined by said appeal, and that the defendants
David T. Jones and Mrs. David T. Jones, his wife, two
of the necessary parties to the action, were dead.

An affidavit stating that there is no controversy to be
determined by this appeal having been presented to the
court, it is ordered that the appeal be dismissed, subject

to the right of the appellant or legal representative to move to have the appeal reinstated at any time within thirty days after receiving notice that the appeal has been dismissed.